UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA K. JONES, | ) Case No. CV 08-6716-CAS(RC) |
| Petitioner | ) |
| vs. | ) |
| | ) JUDGMENT |
| MARY LATTIMORE (A) WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 10/21/08

/s/ Christina A. Snyder
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-6716.jud
10/15/08